Katharine B. Brereton, WSBA #50978
*Admitted Pro Hac Vice* Peter C. Erbland, ISBA #2456
LAKE CITY LAW GROUP PLLC
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID  83815
Telephone: (208) 664-8115
Fax: (208) 664-6338
kbrereton@lclattorneys.com
perbland@lclattorneys.com

*Admitted Pro Hac Vice*
Christopher W. Cardwell, TSBA #019751
Mary Taylor Gallagher, TSBA #021482
Marshall Thomas McFarland, TSBA #033432
**GULLETT SANFORD ROBINSON & MARTIN PLLC**
150 Third Avenue South, Suite 1700
Nashville, TN 37201
(615) 244-4994 (Telephone)
(615) 256-6339 (Facsimile)
ccardwell@gsrm.com
mtgallagher@gsrm.com
tmcfarland@gsrm.com

*Attorneys for NuVasive, Inc. &*
*neXus Surgical Innovations, Inc.*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| RONALD VICTOR ARTHUN and MATT ROBINS, <br><br> *Plaintiffs*, <br><br> v. <br><br> NEXUS SURGICAL INNOVATIONS, INC., <br><br> *Defendant*. | No. 2:20-cv-00292 <br><br> **NUVASIVE, INC. & NEXUS SURGICAL INNOVATIONS, INC.'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> Hearing Date: November 24, 2020 <br> Time: 3:00 p.m. <br> Via video conference <br> With Oral Argument |

**MOTION FOR PRELIMINARY INJUNCTION - 1**

| | |
|---|---|
| NUVASIVE, INC. & NEXUS SURGICAL INNOVATIONS, INC., | |
| *Plaintiffs*, | |
| v. | |
| MATT ROBINS, | |
| *Defendant*. | |
| NUVASIVE, INC. & NEXUS SURGICAL INNOVATIONS, INC., | |
| *Plaintiffs*, | |
| v. | |
| RONALD V. ARTHUN, | |
| *Defendant*. | |

Through their counsel of record, and pursuant to Federal Rule of Civil Procedure 65, NuVasive, Inc. ("NuVasive") and neXus Surgical Innovations, Inc. ("neXus" or "neXus Surgical"), move for a preliminary injunction, and request that the Court enjoin, Matt Robins ("Robins"), from violating the confidentiality, noncompetition, and nonsolicitation obligations contained in his Confidential Information, Inventions, Nonsolicitation and Noncompetition Agreement (the "Agreement") between himself and neXus, and to which NuVasive is an express, third-party beneficiary. In support of this motion, NuVasive and neXus state:

**MOTION FOR PRELIMINARY INJUNCTION - 2**

1. NeXus, one of NuVasive's exclusive sales agents with a sales territory encompassing all or part of Washington, Montana, Utah, Wyoming, and Idaho, engaged Robins in a sales role – first as an entry-level Spine Associate and then as a full Spine Specialist – between January 7, 2019, and May 31, 2020.

2. As a condition of his engagement with neXus, Robins agreed to and executed the Agreement, which contains reasonable confidentiality, noncompetition, and nonsolicitation obligations.

3. After abruptly resigning his neXus employment on May 31, 2020, Robins immediately assumed a nearly identical role with NuVasive's direct competitor, Alphatec Spine, Inc. ("Alphatec").

4. Around the time of his resignation, Robins communicated to neXus' owner that he did not intend to adhere to the contractual obligations he owes to neXus and NuVasive, and that he intended to immediately solicit the business of his former NuVasive/neXus surgeon-customers on behalf of Alphatec.

5. Consistent with his representations, Robin's sales territory on behalf of Alphatec includes several of his long-time NuVasive/neXus surgeon-customers, and Robins is soliciting the business of and supporting surgeries performed by at least one of those surgeon-customers.

**MOTION FOR PRELIMINARY INJUNCTION - 3**

6. If Robins is not preliminarily enjoined from violating his restrictive covenants, NuVasive and neXus will continue to be irreparably harmed, in the form of lost customers, which cannot be compensated by money damages.

7. On the other hand, issuing the requested injunction will not harm Robins as it will only preclude him from doing what he is contractually precluded from doing – misusing NuVasive's and neXus' confidential and/or proprietary information and improperly competing with NuVasive and neXus in his former sales territory. Indeed, Section 7 of the Agreement contains Robin's acknowledgement that his restrictive covenants are important to NuVasive and neXus and are necessary to protect NuVasive and neXus.

8. Granting the requested injunction will further the public's interest in seeing valid contractual obligations enforced as written.

9. In further support of this motion, NuVasive and neXus rely upon the supporting memorandum, the declarations of Derek Mulgrew and John English, the verified allegations in the Complaint, and the exhibits attached thereto.

WHEREFORE, NuVasive and neXus respectfully requests that this Court:

a. grant this motion;

b. issue a preliminary injunction which precludes Robins from violating the confidentiality, nonsolicit, and noncompetition clauses in his Agreement; and

c. grant any other relief that it deems just and proper.

**MOTION FOR PRELIMINARY INJUNCTION - 4**

RESPECTFULLY SUBMITTED,

DATED this <u>6th</u> day of October, 2020.

                              LAKE CITY LAW GROUP PLLC

                              By: /s/ *Katharine B. Brereton*
                                   Katharine B. Brereton, WSBA #50978
                                   Peter C. Erbland, ISBA #2456
                                   LAKE CITY LAW GROUP, PLLC
                                   435 W. Hanley Avenue, Suite 101
                                   Coeur d'Alene, Idaho 83815
                                   kbrereton@lclattorneys.com
                                   perbland@lclattorneys.com

                             GULLETT, SANFORD, ROBINSON &
                             MARTIN, PLLC

                                   Christopher W. Cardwell
                                   Mary Taylor Gallagher
                                   Marshall Thomas McFarland
                                   GULLETT, SANFORD, ROBINSON
                                   & MARTIN, PLLC
                                   150 Third Avenue South, Ste. 1700
                                   Nashville, TN 37201
                                   ccardwell@gsrm.com
                                   mtgallagher@gsrm.com
                                   tmcfarland@gsrm.com

                             *Attorneys for NuVasive, Inc. &*
                             *neXus Surgical Innovations, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2020, I filed the foregoing with the Clerk of the Court electronically through the CM/ECF system which will send notice of electronic filing to the registered participants in the method indicated below:

William M. Symmes, WSBA #24132      (X) wms@witherspoonkelley.com
Matthew W. Daley, WSBA #36711       (X) mwd@witherspoonkelley.com
WITHERSPOON KELLEY
422 West Riverside Avenue, Suite 1100
Spokane, Washington 99201

Further, I hereby certify there are no non-CM/ECF participants upon whom service is required in this matter.

LAKE CITY LAW GROUP PLLC

By: /s/ *Katharine B. Brereton*
Katharine B. Brereton, WSBA #50978
LAKE CITY LAW GROUP, PLLC
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, Idaho 83815
kbrereton@lclattorneys.com

*Attorneys for NuVasive, Inc. &
neXus Surgical Innovations, Inc.*