UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NUVASIVE INC.; NEXUS SURGICAL INNOVATIONS, INC., a Washington State corporation; MATT ROBINS, an individual; RONALD VICTOR ARTHUN; an individual;<br><br>                            Plaintiffs,<br><br>-vs-<br><br>NEXUS SURGICAL INNOVATIONS, INC., a Washington State corporation,<br><br>                            Defendant. | Case No.     2:20-CV-292-RMP<br>CIVIL MINUTES<br><br>DATE:     NOVEMBER 24, 2020<br>LOCATION:  SPOKANE VIDEO<br><br><br>MOTION HEARING |

| | | |
|---|---|---|
| | **Hon. Rosanna Malouf Peterson** | |
| Penny Lamb<br>**Courtroom Deputy** | LC1<br>**Law Clerk** | Crystal Hicks<br>**Court Reporter** |
| Christopher Cardwell, Tom McFarland, and Kate Brereton for NuVasive, Inc. and Nexus Surgical Innovations, Inc.;<br>**Movants' Counsel** | | Matt Daley and Bill Symmes for Ronald V. Arthun and Matt Robins<br>**Respondents' Counsel** |

**[ X ]  Open Court**          **[  ]  Chambers**          **[  ]  Telecon**

Before the Court is neXus Surgical Innovations, Inc. and NuVasive, Inc.'s Motions for Preliminary Injunction (ECF No. 14) against Matt Robins and Nexus Surgical Innovations, Inc., NuVasive, Inc.'s Motion for Preliminary Injunction (ECF No. 17) against Ronald V. Arthun.

Initial Comments by the Court: The Court has reviewed all pleadings involved and did not put a time limit on argument.

Mr. Cardwell addressed the Court and presented argument on the Motions for Preliminary Injunction. The Court queried Mr. Cardwell about RCW 49.62 and asked him to explain his position. Mr. Cardwell responded to the Court's inquiry. Mr. Daley addressed the Court and presented argument in opposition to the Motions. The Court queried Mr. Daley about whether he was conceding that if somehow the non-solicitation clause were enforceable if the statute was not barring it, that is reasonable in terms of necessity scope and public policy. Mr. Daley responded to the Court's inquiry. Mr. Cardwell presented rebuttal argument.

**[ X ]  ORDER FORTHCOMING**

| CONVENED:  2:59 P.M. | ADJOURNED:  4:02 P.M. | TIME:  1:03 HR. | CALENDARED     [ N/A ] |
|---|---|---|---|