FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 12, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATT ROBINS, an individual; RONALD VICTOR ARTHUN, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>NEXUS SURGICAL INNOVATIONS, INC., a Washington State corporation; and NUVASIVE, INC.,<br><br>Defendants. | NO: 2:20-CV-292-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Joint Motion to Dismiss with Prejudice, ECF No. 30. The Court has considered the motion, the record, and is fully informed.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Motion to Dismiss with Prejudice, **ECF No. 30**, is **GRANTED**.

2. This consolidated matter and all claims asserted herein are hereby **DISMISSED with prejudice**, without an award of costs or fees to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close** this case.

**DATED** January 12, 2021.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2